

FILED
CLERK, U.S. DISTRICT COURT
FEB 26 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Edward Nolan Norwood DEFENDANT(S). | CASE NUMBER CR 13-388 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _February 27_, _2015_, at _1:30_ ☐a.m. / ☑p.m. before the Honorable _Eick_, in Courtroom _847_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _2-26-15_

_____
U.S. District Judge/Magistrate Judge